

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EL PASO CENTRAL APPRAISAL DISTRICT OF EL PASO COUNTY, TEXAS, | § § § | No. 08-15-00085-CV

Appeal from |
| Appellant/Cross-Appellee, | § § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| MISSION SENIOR COMMUNITY, INC., AND TIERRA DEL SOL HOUSING CORPORATION, | § § | (TC # 2012-DCV-02157) |
| Appellees/Cross-Appellants. | § | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion filed by the parties to dismiss the appeal pursuant to TEX.R.APP.P. 42.1 because the dispute between them has been resolved. We grant the motion and dismiss the appeal. Pursuant to the agreement of the parties, costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

September 23, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.